Opinion issued June 11, 2008 

 













In The

Court of Appeals

For The

First District of Texas






NO. 01-08-00360-CV






IN RE TRACEY WADE MOCK, Relator






Original Proceeding On Petition For Writ Of Mandamus






MEMORANDUM OPINION 


By petition for writ of mandamus, relator, Tracey Wade Mock, seeks to compel
the trial court to vacate its order denying his motion to transfer. (1) 

We deny the petition for writ of mandamus. All pending motions are
dismissed as moot. 


Per Curiam


Panel consists of Chief Justice Radack and Justices Keyes and Higley. 

1. The underlying case is In The Interest Of Andre Christopher Mock, Cause Number 00-CV-115,920, in the 328th District Court of Fort Bend County, Texas, the Honorable
Ronald Pope, presiding.